## A02A1768. SHERIFF v. THE STATE.
### (598 SE2d 79)

BLACKBURN, Presiding Judge.

In *Sheriff v. State*,[1] the Supreme Court of Georgia reversed the judgment of this Court in the same matter.[2] Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Smith, C. J., Andrews, P. J., Johnson, P. J., Ruffin, P. J., Eldridge, Barnes, Miller, Ellington, Phipps, Mikell and Adams, JJ., concur.*

DECIDED MARCH 31, 2004.

*Buford & Buford, Floyd M. Buford, Jr.,* for appellant.

*Kelly R. Burke, District Attorney, Amy E. Smith, Assistant District Attorney,* for appellee.

---

[1] *Sheriff v. State*, 277 Ga. 182 (587 SE2d 27) (2003).
[2] *Sheriff v. State*, 258 Ga. App. 423 (574 SE2d 449) (2002).